UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAP'S CAFÉ, LTD., an Illinois corporation, individually and as the representative of a class of similarly-situated persons,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MYPIZZA TECHNOLOGIES, INC., a Delaware corporation, and JOHN DOES 1-5,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 1:17-CV-08038<br>)<br>)　**CLASS ACTION**<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, PAP'S CAFÉ, LTD., through its undersigned attorneys, hereby dismisses this action without prejudice.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　PAP'S CAFE, LTD., individually and as the representative of a class of similarly-situated persons

　　　　　　　　　　　　　　　　By: /s/ Ryan M. Kelly
　　　　　　　　　　　　　　　　Ryan M. Kelly
　　　　　　　　　　　　　　　　**ANDERSON + WANCA**
　　　　　　　　　　　　　　　　3701 Algonquin Road, Suite 500
　　　　　　　　　　　　　　　　Rolling Meadows, Illinois 60008
　　　　　　　　　　　　　　　　Telephone: (847) 368-1500
　　　　　　　　　　　　　　　　rkelly@andersonwanca.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on November 7, 2017, I electronically filed the foregoing Notice of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

                                                  /s/ Ryan M. Kelly